UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

MARLENE PARKER,

                              Plaintiff,

    **-v.-**

                              Civil Action No.
                            1:08-cv-528 (GLS/DEP)

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                    OF COUNSEL:

**FOR THE PLAINTIFF:**

Erwin, McCane & Daly          THOMAS C. ERWIN, ESQ.
23 Elk Street
Albany, New York 12207

**FOR THE DEFENDANT:**

Social Security Administration    ELLEN E. SOVERN, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278


GARY L. SHARPE,
U.S. DISTRICT JUDGE

**ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed October 21, 2009. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David E. Peebles filed October 21, 2009 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that defendant's motion for judgment on the pleadings is GRANTED, the Commissioner's determination of no disability is AFFIRMED, and plaintiff's complaint is DISMISSED in all respects, and it is further

ORDERED, that the Clerk enter judgment in favor of the defendant against the plaintiff, and it is further

ORDERED, that the Clerk of the Court is to mail copies of the Order to the parties.

IT IS SO ORDERED

Dated:     December 23, 2009
           Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge